## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MOSAMMAT AKHTER, MOHAMMAD KARIM, H/W, and JAWAD KARIM, *individually*, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-262-RWS-RSP |
| JOHN PATRICK MOONEY and UNITED PARCEL SERVICE, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order adopting the Report and Recommendation of the Magistrate Judge, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** as barred by the statute of limitations. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 27th day of March, 2024.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE