Case 24-40262 Document 39 Date Filed 05/16/2024

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 16, 2024
Lyle W. Cayce
Clerk

No. 24-40262

---

MOSAMMAT AKHTER; MOHAMMAD KARIM,

*Plaintiffs—Appellants,*

*versus*

JOHN PARTICK MOONEY; UNITED PARCEL SERVICE,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:23-CV-262

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 16, 2024, for want of prosecution. The appellant failed to timely file a transcript order form.

Case 2:23-cv-00692-JCZ-KWR   Case: 24-40262      Document 72   Document: 39   Page 2   Filed 05/16/24   Date Filed: 05/16/2024   Page 6 of 6   PageID #: 286

No. 24-40262

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____*Christina Rachal*_____
Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT